mandamus dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U.S. 1 (1992) *(per curiam)*.

No. 10–7112. IN RE RUSTON. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8.

No. 10–6849. IN RE MCGLEACHIE. Petition for writ of prohibition denied.

No. 10–235. CSX TRANSPORTATION, INC. v. MCBRIDE. C. A. 7th Cir. Motion of the Association of American Railroads for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 10–238. ARIZONA FREE ENTERPRISE CLUB'S FREEDOM CLUB PAC ET AL. v. BENNETT, SECRETARY OF STATE OF ARIZONA, ET AL.; and

No. 10–239. MCCOMISH ET AL. v. BENNETT, SECRETARY OF STATE OF ARIZONA, ET AL. C. A. 9th Cir. Certiorari granted, cases consolidated, and a total of one hour is allotted for oral argument.

No. 10–290. MICROSOFT CORP. v. I4I LIMITED PARTNERSHIP ET AL. C. A. Fed. Cir. Certiorari granted. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 09–1445. VILLA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 09–1470. CHEESEMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 09–1486. FISHER ET AL. v. MCCRARY CRESCENT CITY ET AL. Ct. Sp. App. Md. Certiorari denied.